UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

CHRISTAL MOSTEIRO,

Plaintiff,

v.

SAN JOAQUIN COUNTY, SHERIFF STEVE MOORE, ZACHARY SIMMONS, and DOES 1-25,

Defendants.

No. 2:19-cv-00593-MCE-DB

**ORDER**

Plaintiff Christal Mosteiro ("Plaintiff") initiated this civil rights action against San Joaquin County ("County"), former Sheriff Steve Moore, and Sheriff's Deputy Zachary Simmons ("Simmons") (collectively, "Defendants") seeking to recover damages resulting from Defendants' alleged unconstitutional and tortious conduct. The Complaint alleges the following claims for relief: (1) violation of Plaintiff's Fourteenth Amendment Rights pursuant to 42 U.S.C. § 1983 ("§ 1983") as to Simmons and <u>Monell</u> as to the County, and (2) violation of Plaintiff's First Amendment Rights pursuant to § 1983 as to Simmons. Compl., ECF No. 1, at 5-6. Sheriff Moore is not listed under either cause of action. <u>Id.</u> Presently before the Court is the County and Sheriff Moore's Motion to Dismiss Plaintiff's First Claim for Relief under Federal Rule of Civil Procedure 12(b)(6).[1] ECF No. 6.

---

[1] All further references to "Rule" or "Rules" are to the Federal Rules of Civil Procedure unless otherwise noted.

1

For the reasons set forth below, that Motion is GRANTED.[2]

First, Plaintiff has agreed to voluntarily dismiss her Monell claims and requests leave to amend. Pl.'s Opp., ECF No. 8, at 2. Therefore, the Motion is GRANTED with leave to amend as to this issue.

Second, the Complaint fails to specify whether Plaintiff is suing Sheriff Moore in his individual or official capacity, or both. In her Opposition, Plaintiff states that she is suing Sheriff Moore in his individual capacity under a theory of supervisory liability because he knew or should have known Simmons was engaging in conduct alleged in the Complaint since numerous reports and complaints were made against Simmons. Pl.'s Opp., ECF No. 8, at 2. However, Plaintiff raises these allegations for the first time in her Opposition and thus the Court cannot consider them at this time. Therefore, Plaintiff's claims against Sheriff Moore are also DISMISSED with leave to amend.

Based on the foregoing, the County and Sheriff Moore's Motion to Dismiss Plaintiff's First Claim for Relief, ECF No. 6, is GRANTED with leave to amend. Plaintiff may, but is not required to, file an amended complaint not later than twenty (20) days after the date this Order is filed electronically. If no amended complaint is filed within said twenty (20)-day period, Plaintiff's claims will be deemed dismissed without leave to amend upon no further notice to the parties.

IT IS SO ORDERED.

Dated: February 18, 2020

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

---

[2] Because oral argument would not have been of material assistance, the Court ordered this matter submitted on the briefs. E.D. Local Rule 230(g).

2