STANLEY GOFF (Bar No. 289564)
LAW OFFICE OF STANLEY GOFF
15 Boardman Place Suit 2
San Francisco, Ca 94103
Telephone: (415) 571-9570
Email: scraiggoff@aol.com

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTAL MOSTEIRO<br><br>Plaintiff,<br><br>v.<br><br><br>SAN JOAQUIN COUNTY, SHERIFF STEVE MOORE, ZACHARY SIMMONS AND DOES 1-25<br><br>Defendants. | CASE NO.: 2:19-cv-00593-MCE-DB<br><br>**ORDER OF DISMISSAL**<br><br>Judge: Honorable Morrison C. England, Jr. |

Pursuant to the stipulation of the parties under Federal Rules of Civil Procedure 41(a)(1)(ii), it is ordered that this entire action be, and hereby is dismissed with prejudice, including all claims, causes of action, and parties, which each party bearing that party's own attorney's fees and costs.  The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:  August 12, 2024

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE

1